UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BANKS,<br><br>    Plaintiff,<br><br>v.<br><br>LAMONT BANKS,<br><br>    Defendant. | Case No. 18-cv-04530-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 12 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the Alameda County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: August 28, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERESA BANKS,
    Plaintiff,

v.

LAMONT BANKS,
    Defendant.

Case No. 18-cv-04530-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Teresa Banks
5684 Bay Street #450
Emeryville, CA 94608

Dated: August 28, 2018

                                Susan Y. Soong
                                Clerk, United States District Court

                                By:_____
                                Nikki D. Riley, Deputy Clerk to the
                                Honorable HAYWOOD S. GILLIAM, JR.